IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK E. BROOKS and TAMI BROOKS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE HOME FINANCE, LLC, EMC MORTGAGE, LLC, BEAR STEARNS COMPANIES, LLC, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 12-cv-1011-JPG |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.


**DATED:**  May 30, 2013            **NANCY J. ROSENSTENGEL, Clerk of Court**

                                    <u>**s/Deborah Agans, Deputy Clerk**</u>


**Approved:**    <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**